```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 12274
    GEORGE ANTONIO ANZALDUA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1076


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 04/01/2005 and was confirmed 05/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 01/15/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED              .00            .00            .00
AMERICAN GENERAL FINANCE   UNSECURED         4836.62           .00        4836.62
AMERICAN GENERAL FINANCE   SECURED              .00            .00            .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED           .00            .00
COMPLETE CREDIT RECOVERY   UNSECURED          958.19           .00         958.19
CITIBANK                   UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED         1247.91           .00        1247.91
HOUSEHOLD BANK             UNSECURED       NOT FILED           .00            .00
KEY NOTE CONSULTING        UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          792.39           .00         792.39
ORCHARD BANK               UNSECURED       NOT FILED           .00            .00
RADIO SHACK                UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          996.96           .00         996.96
ASSET ACCEPTANCE CORP      UNSECURED          324.63           .00         324.63
SEARS NATIONAL BANK        UNSECURED         1559.20           .00        1559.20
SENTRY CREDIT INC          UNSECURED       NOT FILED           .00            .00
US BANK                    UNSECURED       NOT FILED           .00            .00
CIRCUIT CITY               UNSECURED       NOT FILED           .00            .00
MONTGOMERY WARD            UNSECURED       NOT FILED           .00            .00
RETAILERS NATIONAL BANK    UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00            .00
SEARS MASTER CARD          UNSECURED       NOT FILED           .00            .00
LVNV FUNDING LLC           UNSECURED          605.89           .00         605.89
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                         803.94
DEBTOR REFUND              REFUND                                          374.27

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 12274 GEORGE ANTONIO ANZALDUA
```

```
TRUSTEE                                              15,200.00

PRIORITY                                                                   .00
SECURED                                                                    .00
UNSECURED                                                            11,321.79
ADMINISTRATIVE                                                        2,700.00
TRUSTEE COMPENSATION                                                    803.94
DEBTOR REFUND                                                           374.27
                                                ---------------  ---------------
TOTALS                                               15,200.00        15,200.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 02/27/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE